**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANCISCO DUARTE, | ) CV 18-5480-RSWL-MRW |
| | ) |
| Plaintiff, | ) |
| | ) **JUDGMENT** |
| | ) |
| v. | ) |
| | ) |
| | ) |
| FRED WILLIAM LEISTEN, JR., | ) |
| in his individual and | ) |
| representative capacity as | ) |
| trustee of the Leisten | ) |
| Family Trust Dated January | ) |
| 21, 1987; JUDITH ANN | ) |
| LEISTEN, in her individual | ) |
| and representative capacity | ) |
| as trustee of the Leisten | ) |
| Family Trust Dated January | ) |
| 21, 1987; and DOES 1-10, | ) |
| | ) |
| Defendants. | ) |

   **WHEREAS,** on December 9, 2019 Plaintiff

Francisco Duarte accepted [44-3] Defendants Fred

William Leisten, Jr. and Judith Ann Leisten's Offer of

Judgment [44-2] pursuant to Federal Rule of Civil

Procedure 68,

   **IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that

1 judgment is entered in favor of Plaintiff and against
2 Defendants in the amount of $4,000, in accordance with
3 the terms and conditions of the Offer of Judgment
4 attached to the Request for Entry of Judgment [44]
5 filed with this Court.  Furthermore, **IT IS HEREBY**
6 **ORDERED, ADJUDGED, and DECREED** that Defendant shall
7 provide accessible wash and vacuum coin slots at the
8 subject property located at or about 6701 Paramount
9 Blvd., Long Beach, California in compliance with the
10 Americans with Disabilities Act Accessibility
11 Guidelines.
12      As no Defendants remain, the Clerk shall close this
13 matter.
14
15 **IT IS SO ORDERED.**
16
17 DATED: January 21, 2020        /s/ Ronald S.W. Lew
18                               **HONORABLE RONALD S.W. LEW**
                                 Senior U.S. District Judge
19
20
21
22
23
24
25
26
27
28