CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: 8033 Linda Vista Road Suite 200
San Diego CA 92111
(858) 375-7385; (888) 422-5191 fax
dennisp@potterhandy.com

Attorneys for Plaintiff FRANCISCO DUARTE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Francisco Duarte**,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**Fred William Leisten, Jr.,** in his individual and representative capacity as trustee of the Leisten Family Trust Dated January 21, 1987;<br>**Judith Ann Leisten,** in her individual and representative capacity as trustee of the Leisten Family Trust Dated January 21, 1987; and Does 1-10,<br><br>　　　　Defendants. | **Case:** 2:18-CV-05480-RSWL-MRW<br><br>**Plaintiff's Notice of and Motion for An Award of Attorney's Fees**<br><br>Date:　April 14, 2020<br>Time:　10:00 a.m<br>Ctrm:　TBD<br><br>Hon Judge Ronald S. W. Lew |

　　　　To Defendants Fred William Leisten, Jr., and Judith Ann Leisten and to their attorneys on record:

　　　　Please take notice that on April 14, 2020 at 10:00 a.m. or as soon thereafter as the matter may be heard in the courtroom of the Ronald S. W. Lew, located at 350 W. 1st Street, Suite 4311, Los Angeles, CA 90012, Plaintiff Francisco Duarte will and hereby does move this Court to award his reasonable attorney fees in the amount of $22,763.40 pursuant to 42 U.S.C. § 12205, California Civil Code § 52(a). and the Rule 68 Offer of Judgment accepted by Plaintiff.

　　　　This motion is brought based on the agreement of the parties, having accepted an FRCP Rule 68 offer of judgment. This motion will be based upon this

Notice of Motion and Motion, the Memorandum of Points and Authorities, the declarations and other exhibits, and all papers on file in this case.

Plaintiff's counsel attempted to meet and confer on the motion pursuant to L.R. 7-3 on March 4, 2020. However, the parties have not been able to reach a resolution.

Dated: March 5, 2020                    CENTER FOR DISABILITY ACCESS

                                        By: __/s/ Dennis Price_____
                                            Dennis Price, Esq.
                                            Attorneys for Plaintiff