

# 2018 Real Rate Report®

*thru September 2018*

## The Industry's Leading Analysis of Law Firm Rates, Trends, and Practices


Wolters Kluwer

When you have to be right

 Wolters Kluwer

ELM Solutions

**Report Editor**

Jeffrey Solomon
Senior Director, Product Management Legal
Analytics, Wolters Kluwer's ELM Solutions

**Lead Data Analysts**

Beth Seefelt
Data Architect
Wolters Kluwer's ELM Solutions

Gary Clark
Data Engineer
Wolters Kluwer's ELM Solutions

**ELM Solutions Creative**

David Andrews
Web Graphic Designer
Wolters Kluwer's ELM Solutions

**Contributing Analysts and Authors**

Joel Surdykowski
LegalVIEW Product Manager
Wolters Kluwer's ELM Solutions

Deniece Bushell
Senior Product Marketing Manager
Wolters Kluwer's ELM Solutions

**Executive Sponsor**

Jonah Paransky
EVP and General Manager
Wolters Kluwer's ELM Solutions

© 2004 - 2018 Wolters Kluwer's ELM Solutions. All rights reserved. This material may not be reproduced, displayed, modified, or distributed in any form without the express prior written permission of the copyright holders. To request permission, please contact:

ELM Solutions, a Wolters Kluwer business
20 Church Street
Hartford, CT 06103 United States
ATTN: Marketing
+1-860-549-8795

**LEGAL CAVEAT**

Wolters Kluwer's ELM Solutions has worked to ensure the accuracy of the information in this report; however, Wolters Kluwer's ELM Solutions cannot guarantee the accuracy of the information or analyses in all cases. Wolters Kluwer's ELM Solutions are not engaged in rendering legal, accounting, or other professional services. This report should not be construed as professional advice on any particular set of facts or circumstances. Wolters Kluwer's ELM Solutions is not responsible for any claims or losses that may arise from any errors or omissions in this report or from reliance upon any recommendation made in this report.

**002** solutions.com

# How to Use this Report

**The 2018 Real Rate Report:**

- Examines law firm rates over time
- Identifies rates by location, experience, firm size, areas of expertise, industry, and timekeeper role (i.e., partner, associate, and paralegal)
- Itemizes variables that drive rates up or down

All the analyses included in the report are derived from the actual rates charged by law firm professionals as recorded on invoices submitted and approved for payment.

Examining real, approved rate information along with the ranges of those rates and their changes over time highlights the role these variables play in driving aggregate legal cost and income. The analyses can energize questions for both corporate clients and law firm principals.

Clients might ask whether they are paying the right amount for different types of legal services, while law firm principals might ask whether they are charging the right amount for legal services and whether to modify their pricing approach.

**Some key factors that drive rates[1]:**

- **Geographic location** - lawyers in urban and major metropolitan areas tend to charge more when compared with lawyers in rural areas or small towns.
- **Degree of difficulty** - the cost of representation will be higher if the case is particularly complex or time-consuming; for example, if there are a large number of documents to review, many witnesses to depose, and numerous procedural steps, the case is likely to cost more (regardless of other factors like the lawyer's level of experience).
- **Experience and reputation** - a more experienced, higher-profile lawyer is often going to charge more, but absorbing this higher cost at the outset may make more sense than hiring a less expensive lawyer who will likely take time and billable hours to come up to speed on unfamiliar legal and procedural issues.
- **Overhead** - the costs associated with the firm's support network (paralegals, clerks, assistants), document preparation, consultants, research, and other expenses.

The data in the 2018 Real Rate Report provides corporate counsel with an understanding of the rates they can expect to pay for a given matter type, industry, or practice area and offers in-depth analyses on key drivers of rates to help make informed selection decisions. For law firms, it provides a relative benchmark to ensure that pricing for legal services remains competitive.

---

1 **David Goguen, J.D.,** University of San Francisco School of Law (2017) Guide to Legal Services Billing Retrieved from https://www.lawyers.com/legal-info/research/guide-to-legal-services-billing-rates.html



# Section I:
# High-Level Data Cuts



**2018 Real Rate Report**

# Section I: High-Level Data Cuts

## Cities

### Q3 2018 -- Real Rates for Partners and Associates

| City | Role | n | First Quartile | Median | Third Quartile | Trend Analysis (Mean) | | |
|------|------|---|----------------|--------|----------------|-----------|-----------|-----------|
| | | | | | | Q3 2018 | Q3 2017 | Q3 2016 |
| Akron OH | Partner | 18 | $260 | $275 | $345 | $307 | $343 | $327 |
| Albany NY | Partner | 52 | $255 | $300 | $351 | $313 | $300 | $317 |
| | Associate | 34 | $205 | $225 | $250 | $232 | $217 | $219 |
| Albuquerque NM | Partner | 15 | $220 | $293 | $315 | $279 | $276 | $243 |
| Atlanta GA | Partner | 472 | $372 | $549 | $690 | $548 | $527 | $515 |
| | Associate | 453 | $265 | $355 | $470 | $374 | $342 | $348 |
| Atlantic City NJ | Partner | 12 | $295 | $295 | $410 | $362 | $341 | $322 |
| Austin TX | Partner | 100 | $360 | $476 | $694 | $522 | $446 | $451 |
| | Associate | 91 | $265 | $300 | $393 | $335 | $312 | $312 |
| Baltimore MD | Partner | 199 | $396 | $550 | $720 | $573 | $545 | $501 |
| | Associate | 241 | $309 | $392 | $504 | $410 | $400 | $368 |
| Beaumont TX | Associate | 12 | $180 | $225 | $244 | $216 | $184 | $153 |
| Birmingham AL | Partner | 126 | $290 | $344 | $419 | $361 | $348 | $339 |
| | Associate | 104 | $214 | $245 | $298 | $252 | $241 | $225 |
| Boise City ID | Partner | 22 | $243 | $250 | $283 | $280 | $292 | $289 |
| | Associate | 11 | $177 | $190 | $223 | $209 | $202 | $195 |
| Boston MA | Partner | 462 | $395 | $630 | $825 | $634 | $651 | $652 |
| | Associate | 547 | $281 | $413 | $550 | $440 | $464 | $456 |
| Bridgeport CT | Partner | 27 | $275 | $400 | $475 | $413 | $411 | $421 |
| | Associate | 29 | $204 | $250 | $335 | $267 | $279 | $276 |
| Buffalo NY | Partner | 75 | $297 | $327 | $345 | $320 | $309 | $304 |
| | Associate | 52 | $206 | $235 | $255 | $238 | $220 | $212 |
| Burlington VT | Partner | 15 | $210 | $243 | $250 | $252 | $256 | $256 |
| Charleston SC | Partner | 22 | $294 | $300 | $380 | $334 | $318 | $324 |
| | Associate | 14 | $200 | $246 | $250 | $253 | $225 | $229 |
| Charleston WV | Partner | 30 | $200 | $250 | $334 | $278 | $268 | $242 |
| | Associate | 17 | $153 | $165 | $175 | $178 | $182 | $185 |
| Charlotte NC | Partner | 134 | $396 | $525 | $668 | $551 | $548 | $552 |
| | Associate | 117 | $257 | $320 | $375 | $345 | $345 | $343 |
| Chicago IL | Partner | 1290 | $525 | $702 | $888 | $718 | $685 | $671 |
| | Associate | 1360 | $318 | $435 | $575 | $457 | $436 | $427 |
| Cincinnati OH | Partner | 75 | $360 | $425 | $484 | $431 | $413 | $413 |
| | Associate | 82 | $225 | $240 | $294 | $257 | $246 | $244 |

# Section I: High-Level Data Cuts

## Cities

**Q3 2018 -- Real Rates for Partners and Associates**

| City | Role | n | First Quartile | Median | Third Quartile | Q3 2018 | Q3 2017 | Q3 2016 |
|------|------|---|----------------|--------|----------------|---------|---------|---------|
| Clarksburg WV | Partner | 18 | $300 | $400 | $440 | $373 | $281 | $225 |
| | Associate | 22 | $201 | $295 | $325 | $263 | $186 | $183 |
| Cleveland OH | Partner | 323 | $361 | $450 | $595 | $488 | $469 | $446 |
| | Associate | 308 | $234 | $284 | $350 | $303 | $282 | $274 |
| Columbia SC | Partner | 58 | $300 | $385 | $463 | $392 | $368 | $365 |
| | Associate | 41 | $200 | $250 | $276 | $245 | $249 | $234 |
| Columbus OH | Partner | 73 | $374 | $439 | $516 | $452 | $413 | $407 |
| | Associate | 40 | $235 | $280 | $370 | $321 | $291 | $281 |
| Dallas TX | Partner | 292 | $385 | $588 | $819 | $618 | $592 | $587 |
| | Associate | 379 | $320 | $470 | $605 | $474 | $432 | $410 |
| Dayton OH | Partner | 21 | $341 | $375 | $465 | $418 | $427 | $401 |
| Denver CO | Partner | 155 | $354 | $440 | $525 | $452 | $445 | $416 |
| | Associate | 133 | $250 | $286 | $345 | $306 | $299 | $301 |
| Des Moines IA | Partner | 24 | $275 | $480 | $495 | $421 | $355 | $337 |
| | Associate | 15 | $265 | $286 | $321 | $283 | $243 | $246 |
| Detroit MI | Partner | 141 | $250 | $350 | $410 | $347 | $363 | $338 |
| | Associate | 107 | $195 | $223 | $290 | $265 | $253 | $243 |
| Fresno CA | Partner | 12 | $283 | $321 | $440 | $340 | $317 | $309 |
| Grand Rapids MI | Partner | 11 | $347 | $455 | $565 | $440 | $398 | $364 |
| Greensboro NC | Partner | 12 | $250 | $290 | $340 | $330 | $316 | $307 |
| Greenville SC | Partner | 38 | $349 | $385 | $450 | $390 | $397 | $377 |
| | Associate | 46 | $225 | $260 | $304 | $275 | $267 | $251 |
| Harrisburg PA | Partner | 16 | $305 | $350 | $395 | $369 | $330 | $350 |
| Hartford CT | Partner | 91 | $330 | $450 | $573 | $468 | $428 | $418 |
| | Associate | 58 | $206 | $250 | $300 | $256 | $272 | $259 |
| Honolulu HI | Partner | 38 | $250 | $300 | $400 | $334 | $331 | $328 |
| | Associate | 22 | $165 | $180 | $200 | $183 | $184 | $193 |
| Houston TX | Partner | 208 | $405 | $625 | $810 | $641 | $615 | $609 |
| | Associate | 188 | $226 | $299 | $410 | $351 | $343 | $362 |
| Indianapolis IN | Partner | 139 | $337 | $405 | $495 | $414 | $396 | $384 |
| | Associate | 67 | $190 | $258 | $331 | $265 | $254 | $247 |
| Jackson MS | Partner | 81 | $289 | $350 | $400 | $352 | $330 | $325 |
| | Associate | 61 | $175 | $225 | $251 | $198 | $169 | $195 |
| Jacksonville FL | Partner | 33 | $250 | $300 | $385 | $331 | $307 | $340 |
| | Associate | 21 | $189 | $248 | $277 | $242 | $253 | $248 |

**Trend Analysis (Mean)**

006solutions.com

# Section I: High-Level Data Cuts

## Cities

### Q3 2018 -- Real Rates for Partners and Associates

| City | Role | n | First Quartile | Median | Third Quartile | Q3 2018 | Q3 2017 | Q3 2016 |
|------|------|---|------|------|------|------|------|------|
| | | | | | | **Trend Analysis (Mean)** | | |
| Kansas City MO | Partner | 167 | $344 | $417 | $484 | $418 | $423 | $415 |
| | Associate | 158 | $225 | $270 | $290 | $264 | $266 | $268 |
| Knoxville TN | Partner | 15 | $200 | $230 | $313 | $259 | $260 | $259 |
| Lafayette LA | Partner | 18 | $150 | $150 | $241 | $194 | $213 | $210 |
| Las Vegas NV | Partner | 52 | $345 | $433 | $555 | $438 | $398 | $365 |
| | Associate | 42 | $241 | $272 | $310 | $271 | $256 | $250 |
| Lexington KY | Partner | 20 | $295 | $300 | $325 | $318 | $312 | $327 |
| Little Rock AR | Partner | 32 | $215 | $235 | $288 | $264 | $270 | $256 |
| | Associate | 12 | $160 | $180 | $195 | $186 | $180 | $182 |
| Los Angeles CA | Partner | 999 | $450 | $695 | $955 | $718 | $691 | $656 |
| | Associate | 1361 | $382 | $550 | $721 | $559 | $529 | $494 |
| Louisville KY | Partner | 49 | $273 | $330 | $410 | $337 | $352 | $362 |
| | Associate | 32 | $208 | $225 | $225 | $213 | $205 | $197 |
| Madison WI | Partner | 17 | $357 | $378 | $420 | $399 | $378 | $414 |
| | Associate | 14 | $280 | $316 | $485 | $362 | $346 | $345 |
| Manchester NH | Partner | 13 | $360 | $380 | $525 | $413 | $410 | $327 |
| Memphis TN | Partner | 42 | $275 | $374 | $410 | $345 | $345 | $329 |
| | Associate | 22 | $185 | $206 | $235 | $209 | $217 | $207 |
| Miami FL | Partner | 258 | $304 | $450 | $595 | $467 | $444 | $431 |
| | Associate | 193 | $225 | $300 | $399 | $331 | $304 | $291 |
| Milwaukee WI | Partner | 121 | $290 | $365 | $446 | $396 | $384 | $390 |
| | Associate | 87 | $224 | $270 | $310 | $279 | $268 | $260 |
| Minneapolis MN | Partner | 232 | $300 | $429 | $578 | $456 | $443 | $423 |
| | Associate | 202 | $250 | $310 | $410 | $361 | $318 | $306 |
| Nashville TN | Partner | 120 | $337 | $420 | $474 | $409 | $401 | $390 |
| | Associate | 102 | $215 | $234 | $270 | $247 | $243 | $236 |
| New Haven CT | Partner | 24 | $324 | $385 | $443 | $390 | $395 | $412 |
| | Associate | 24 | $239 | $285 | $322 | $281 | $273 | $270 |
| New Orleans LA | Partner | 113 | $225 | $305 | $350 | $308 | $286 | $293 |
| | Associate | 83 | $185 | $225 | $238 | $221 | $209 | $195 |
| New York NY | Partner | 2564 | $600 | $925 | $1,201 | $910 | $871 | $846 |
| | Associate | 3653 | $410 | $588 | $790 | $603 | $572 | $549 |
| Oklahoma City OK | Partner | 40 | $200 | $308 | $350 | $293 | $285 | $279 |
| | Associate | 22 | $169 | $203 | $215 | $198 | $195 | $189 |
| Omaha NE | Partner | 29 | $280 | $365 | $395 | $342 | $325 | $310 |
| | Associate | 13 | $193 | $216 | $230 | $213 | $212 | $201 |

007solutions.com

# Section I: High-Level Data Cuts

## Cities

### Q3 2018 -- Real Rates for Partners and Associates

| City | Role | n | First Quartile | Median | Third Quartile | Trend Analysis (Mean) | | |
|------|------|---|----------------|--------|----------------|----------|----------|----------|
| | | | | | | Q3 2018 | Q3 2017 | Q3 2016 |
| Orlando FL | Partner | 104 | $370 | $448 | $553 | $460 | $453 | $434 |
| | Associate | 96 | $230 | $269 | $310 | $276 | $274 | $277 |
| Philadelphia PA | Partner | 898 | $450 | $600 | $765 | $615 | $596 | $578 |
| | Associate | 1016 | $288 | $362 | $450 | $373 | $364 | $342 |
| Phoenix AZ | Partner | 140 | $270 | $350 | $450 | $364 | $381 | $387 |
| | Associate | 79 | $200 | $244 | $300 | $253 | $266 | $231 |
| Pittsburgh PA | Partner | 192 | $325 | $460 | $585 | $469 | $469 | $455 |
| | Associate | 254 | $244 | $321 | $394 | $327 | $312 | $306 |
| Portland ME | Partner | 50 | $250 | $354 | $449 | $370 | $357 | $333 |
| | Associate | 20 | $196 | $223 | $258 | $235 | $231 | $221 |
| Portland OR | Partner | 129 | $350 | $405 | $512 | $431 | $415 | $387 |
| | Associate | 150 | $300 | $342 | $385 | $340 | $300 | $275 |
| Providence RI | Partner | 21 | $185 | $295 | $513 | $377 | $397 | $345 |
| | Associate | 19 | $205 | $225 | $235 | $225 | $221 | $210 |
| Raleigh NC | Partner | 65 | $285 | $385 | $450 | $383 | $385 | $361 |
| | Associate | 37 | $225 | $250 | $305 | $274 | $247 | $238 |
| Richmond VA | Partner | 108 | $340 | $500 | $700 | $525 | $484 | $492 |
| | Associate | 131 | $274 | $343 | $430 | $351 | $335 | $325 |
| Rochester NY | Partner | 28 | $243 | $295 | $365 | $311 | $313 | $339 |
| | Associate | 18 | $198 | $216 | $268 | $233 | $217 | $249 |
| Sacramento CA | Partner | 31 | $350 | $385 | $454 | $453 | $452 | $442 |
| | Associate | 17 | $275 | $304 | $350 | $324 | $326 | $294 |
| Salt Lake City UT | Partner | 66 | $281 | $345 | $433 | $379 | $362 | $338 |
| | Associate | 19 | $196 | $205 | $230 | $211 | $221 | $211 |
| San Diego CA | Partner | 140 | $250 | $385 | $875 | $535 | $499 | $495 |
| | Associate | 132 | $180 | $225 | $390 | $299 | $305 | $279 |
| San Francisco CA | Partner | 448 | $475 | $695 | $895 | $702 | $651 | $623 |
| | Associate | 378 | $295 | $446 | $567 | $451 | $440 | $408 |
| San Jose CA | Partner | 119 | $525 | $755 | $938 | $748 | $777 | $734 |
| | Associate | 99 | $319 | $490 | $609 | $494 | $490 | $462 |
| San Juan PR | Partner | 48 | $191 | $210 | $254 | $226 | $228 | $224 |
| | Associate | 30 | $150 | $155 | $165 | $157 | $157 | $150 |
| Savannah GA | Partner | 11 | $284 | $306 | $369 | $324 | $299 | $279 |
| Seattle WA | Partner | 294 | $410 | $528 | $666 | $535 | $482 | $446 |
| | Associate | 187 | $279 | $360 | $450 | $373 | $327 | $305 |

008solutions.com

# Section I: High-Level Data Cuts

## Cities

### Q3 2018 -- Real Rates for Partners and Associates

| City | Role | n | First Quartile | Median | Third Quartile | Q3 2018 | Q3 2017 | Q3 2016 |
|------|------|---|----------------|--------|----------------|---------|---------|---------|
| St. Louis MO | Partner | 155 | $263 | $356 | $451 | $365 | $357 | $361 |
| | Associate | 112 | $192 | $225 | $250 | $229 | $212 | $212 |
| Syracuse NY | Partner | 30 | $239 | $257 | $324 | $278 | $286 | $281 |
| | Associate | 11 | $170 | $175 | $186 | $179 | $187 | $185 |
| Tallahassee FL | Partner | 16 | $264 | $388 | $479 | $380 | $362 | $420 |
| Tampa FL | Partner | 103 | $275 | $378 | $470 | $388 | $388 | $384 |
| | Associate | 55 | $224 | $270 | $304 | $266 | $266 | $257 |
| Toledo OH | Partner | 13 | $255 | $300 | $350 | $305 | $290 | $286 |
| Trenton NJ | Partner | 38 | $428 | $519 | $569 | $498 | $511 | $489 |
| | Associate | 24 | $250 | $348 | $483 | $357 | $375 | $359 |
| Tulsa OK | Partner | 16 | $221 | $240 | $320 | $259 | $273 | $281 |
| Virginia Beach VA | Partner | 19 | $320 | $375 | $420 | $362 | $403 | $378 |
| | Associate | 11 | $179 | $200 | $225 | $200 | $221 | $213 |
| Washington DC | Partner | 1822 | $628 | $789 | $941 | $800 | $770 | $752 |
| | Associate | 1528 | $395 | $500 | $625 | $522 | $492 | $480 |
| Wheeling WV | Partner | 41 | $659 | $808 | $895 | $777 | $737 | $678 |
| | Associate | 77 | $468 | $510 | $626 | $538 | $454 | $411 |
| Winston NC | Partner | 11 | $350 | $425 | $523 | $428 | $376 | $351 |
| | Associate | 12 | $200 | $241 | $315 | $274 | $238 | $243 |

**Trend Analysis (Mean)**

# Section I: High-Level Data Cuts

## Cities
By Matter Type

**Q3 2018 -- Real Rates for Partners and Associates** | **Trend Analysis (Mean)**

| City | MatterType | Role | n | First Quartile | Median | Third Quartile | Q3 2018 | Q3 2017 | Q3 2016 |
|------|-----------|------|---|---------------|--------|----------------|---------|---------|---------|
| Akron OH | Litigation | Partner | 11 | $260 | $275 | $348 | $307 | $344 | $320 |
| | Non-Litigation | Partner | 11 | $260 | $275 | $328 | $308 | $342 | $338 |
| Albany NY | Litigation | Partner | 21 | $255 | $322 | $350 | $316 | $309 | $328 |
| | Non-Litigation | Partner | 40 | $265 | $300 | $356 | $311 | $295 | $313 |
| | | Associate | 29 | $205 | $225 | $235 | $221 | $217 | $219 |
| Atlanta GA | Litigation | Partner | 260 | $350 | $530 | $677 | $532 | $488 | $453 |
| | | Associate | 243 | $241 | $327 | $439 | $351 | $309 | $316 |
| | Non-Litigation | Partner | 282 | $384 | $550 | $695 | $558 | $558 | $560 |
| | | Associate | 241 | $287 | $393 | $498 | $400 | $375 | $371 |
| Atlantic City NJ | Non-Litigation | Partner | 11 | $295 | $295 | $295 | $365 | $334 | $312 |
| Austin TX | Litigation | Partner | 39 | $350 | $475 | $775 | $554 | $452 | $456 |
| | | Associate | 30 | $251 | $344 | $488 | $371 | $343 | $336 |
| | Non-Litigation | Partner | 78 | $360 | $489 | $616 | $511 | $443 | $448 |
| | | Associate | 79 | $267 | $295 | $375 | $323 | $299 | $302 |
| Baltimore MD | Litigation | Partner | 110 | $365 | $525 | $678 | $536 | $494 | $475 |
| | | Associate | 152 | $294 | $390 | $495 | $398 | $379 | $354 |
| | Non-Litigation | Partner | 105 | $439 | $570 | $753 | $612 | $594 | $523 |
| | | Associate | 113 | $331 | $400 | $524 | $429 | $433 | $388 |
| Baton Rouge LA | Litigation | Partner | 15 | $259 | $293 | $307 | $285 | $256 | $276 |
| | | Associate | 11 | $150 | $204 | $215 | $196 | $197 | $203 |
| Beaumont TX | Litigation | Associate | 12 | $180 | $225 | $244 | $216 | $189 | $153 |
| Birmingham AL | Litigation | Partner | 84 | $250 | $300 | $386 | $323 | $313 | $300 |
| | | Associate | 62 | $193 | $228 | $265 | $232 | $225 | $212 |
| | Non-Litigation | Partner | 55 | $328 | $400 | $495 | $421 | $400 | $392 |
| | | Associate | 50 | $225 | $275 | $330 | $279 | $260 | $248 |
| Boise City ID | Non-Litigation | Partner | 16 | $245 | $250 | $271 | $280 | $275 | $273 |
| Boston MA | Litigation | Partner | 187 | $290 | $500 | $725 | $536 | $517 | $498 |
| | | Associate | 187 | $195 | $345 | $471 | $357 | $370 | $354 |
| | Non-Litigation | Partner | 322 | $443 | $668 | $895 | $688 | $729 | $744 |
| | | Associate | 398 | $327 | $442 | $603 | $477 | $513 | $499 |
| Bridgeport CT | Litigation | Partner | 17 | $275 | $400 | $487 | $424 | $451 | $417 |
| | | Associate | 12 | $250 | $275 | $400 | $319 | $282 | $272 |
| | Non-Litigation | Partner | 15 | $274 | $383 | $475 | $402 | $387 | $422 |
| | | Associate | 21 | $150 | $249 | $265 | $241 | $278 | $278 |

# Section I: High-Level Data Cuts

## Cities
By Matter Type

**Q3 2018 -- Real Rates for Partners and Associates**

| City | MatterType | Role | n | First Quartile | Median | Third Quartile | Q3 2018 | Q3 2017 | Q3 2016 |
|------|-----------|------|---|---------------|--------|----------------|---------|---------|---------|
| Buffalo NY | Litigation | Partner | 50 | $268 | $320 | $330 | $306 | $300 | $299 |
| | | Associate | 35 | $205 | $245 | $255 | $240 | $223 | $213 |
| | Non-Litigation | Partner | 37 | $320 | $330 | $349 | $339 | $318 | $308 |
| | | Associate | 26 | $214 | $235 | $254 | $236 | $216 | $211 |
| Burlington VT | Non-Litigation | Partner | 11 | $210 | $243 | $250 | $246 | $248 | $255 |
| Charleston SC | Non-Litigation | Partner | 15 | $295 | $325 | $400 | $342 | $310 | $328 |
| Charleston WV | Litigation | Partner | 22 | $200 | $240 | $298 | $252 | $256 | $241 |
| | | Associate | 12 | $150 | $165 | $175 | $163 | $183 | $183 |
| | Non-Litigation | Partner | 11 | $236 | $305 | $418 | $336 | $309 | $246 |
| Charlotte NC | Litigation | Partner | 52 | $329 | $503 | $597 | $508 | $504 | $515 |
| | | Associate | 45 | $246 | $300 | $362 | $315 | $317 | $331 |
| | Non-Litigation | Partner | 107 | $423 | $530 | $703 | $573 | $585 | $576 |
| | | Associate | 86 | $285 | $320 | $390 | $367 | $370 | $353 |
| Chicago IL | Litigation | Partner | 543 | $426 | $625 | $800 | $638 | $605 | $589 |
| | | Associate | 600 | $250 | $386 | $540 | $411 | $388 | $377 |
| | Non-Litigation | Partner | 942 | $580 | $743 | $925 | $760 | $732 | $719 |
| | | Associate | 923 | $356 | $460 | $591 | $485 | $469 | $459 |
| Cincinnati OH | Litigation | Partner | 34 | $300 | $445 | $495 | $423 | $411 | $404 |
| | | Associate | 41 | $225 | $225 | $280 | $249 | $239 | $239 |
| | Non-Litigation | Partner | 49 | $375 | $425 | $475 | $436 | $415 | $417 |
| | | Associate | 53 | $230 | $246 | $307 | $263 | $256 | $247 |
| Cleveland OH | Litigation | Partner | 137 | $321 | $430 | $558 | $468 | $450 | $427 |
| | | Associate | 127 | $226 | $265 | $350 | $302 | $278 | $259 |
| | Non-Litigation | Partner | 246 | $365 | $455 | $600 | $497 | $478 | $452 |
| | | Associate | 230 | $235 | $287 | $355 | $304 | $284 | $280 |
| Columbia SC | Litigation | Partner | 39 | $295 | $385 | $440 | $379 | $347 | $349 |
| | | Associate | 25 | $195 | $250 | $272 | $236 | $239 | $227 |
| | Non-Litigation | Partner | 28 | $315 | $375 | $475 | $404 | $384 | $385 |
| | | Associate | 24 | $205 | $235 | $300 | $254 | $255 | $244 |
| Columbus OH | Litigation | Partner | 21 | $348 | $418 | $450 | $417 | $386 | $389 |
| | Non-Litigation | Partner | 60 | $383 | $450 | $526 | $463 | $428 | $419 |
| | | Associate | 33 | $235 | $282 | $375 | $325 | $294 | $290 |
| Dallas TX | Litigation | Partner | 117 | $275 | $485 | $764 | $513 | $482 | $456 |
| | | Associate | 138 | $250 | $385 | $535 | $403 | $364 | $341 |
| | Non-Litigation | Partner | 198 | $443 | $642 | $854 | $680 | $680 | $659 |
| | | Associate | 269 | $393 | $491 | $650 | $511 | $470 | $446 |

**Trend Analysis (Mean)**

011 solutions.com

# Section I: High-Level Data Cuts

## Cities
By Matter Type

**Q3 2018 -- Real Rates for Partners and Associates**

| City | MatterType | Role | n | First Quartile | Median | Third Quartile | Q3 2018 | Q3 2017 | Q3 2016 |
|------|------------|------|---|----------------|--------|----------------|---------|---------|---------|
| Dayton OH | Non-Litigation | Partner | 17 | $301 | $375 | $459 | $385 | $377 | $382 |
| Denver CO | Litigation | Partner | 67 | $305 | $400 | $510 | $416 | $406 | $394 |
| | | Associate | 53 | $250 | $275 | $315 | $308 | $298 | $308 |
| | Non-Litigation | Partner | 110 | $377 | $455 | $533 | $470 | $470 | $429 |
| | | Associate | 90 | $250 | $300 | $350 | $306 | $301 | $297 |
| Des Moines IA | Litigation | Partner | 13 | $275 | $480 | $495 | $433 | $353 | $344 |
| | | Associate | 11 | $278 | $306 | $330 | $292 | $248 | $227 |
| | Non-Litigation | Partner | 14 | $297 | $429 | $495 | $407 | $356 | $325 |
| Detroit MI | Litigation | Partner | 68 | $210 | $310 | $400 | $321 | $324 | $306 |
| | | Associate | 58 | $185 | $205 | $260 | $231 | $229 | $224 |
| | Non-Litigation | Partner | 97 | $300 | $359 | $425 | $367 | $393 | $367 |
| | | Associate | 64 | $205 | $250 | $310 | $298 | $272 | $260 |
| Greenville SC | Litigation | Associate | 12 | $266 | $298 | $302 | $290 | $274 | $224 |
| | Non-Litigation | Partner | 34 | $353 | $390 | $450 | $402 | $411 | $391 |
| | | Associate | 40 | $220 | $250 | $313 | $271 | $266 | $256 |
| Hartford CT | Litigation | Partner | 41 | $316 | $446 | $583 | $457 | $390 | $386 |
| | | Associate | 30 | $205 | $250 | $300 | $248 | $247 | $244 |
| | Non-Litigation | Partner | 60 | $340 | $450 | $567 | $474 | $456 | $448 |
| | | Associate | 32 | $207 | $253 | $298 | $263 | $287 | $277 |
| Honolulu HI | Litigation | Partner | 23 | $250 | $300 | $425 | $343 | $354 | $341 |
| | Non-Litigation | Partner | 23 | $258 | $300 | $373 | $326 | $306 | $313 |
| | | Associate | 16 | $170 | $180 | $200 | $184 | $188 | $182 |
| Houston TX | Litigation | Partner | 98 | $352 | $566 | $700 | $552 | $486 | $471 |
| | | Associate | 61 | $274 | $353 | $435 | $362 | $329 | $324 |
| | Non-Litigation | Partner | 134 | $428 | $680 | $880 | $698 | $713 | $709 |
| | | Associate | 138 | $219 | $282 | $410 | $346 | $349 | $380 |
| Indianapolis IN | Litigation | Partner | 60 | $328 | $425 | $532 | $414 | $374 | $372 |
| | | Associate | 37 | $163 | $281 | $338 | $268 | $257 | $252 |
| | Non-Litigation | Partner | 95 | $350 | $405 | $486 | $414 | $413 | $388 |
| | | Associate | 39 | $195 | $250 | $327 | $263 | $251 | $242 |
| Jackson MS | Litigation | Partner | 56 | $290 | $351 | $383 | $341 | $333 | $323 |
| | | Associate | 56 | $159 | $225 | $248 | $190 | $175 | $193 |
| | Non-Litigation | Partner | 31 | $285 | $350 | $459 | $371 | $323 | $329 |
| | | Associate | 14 | $203 | $251 | $251 | $233 | $152 | $208 |

**Trend Analysis (Mean)**

# Section I: High-Level Data Cuts

## Cities
By Matter Type

**Q3 2018 -- Real Rates for Partners and Associates**  |  **Trend Analysis (Mean)**

| City | MatterType | Role | n | First Quartile | Median | Third Quartile | Q3 2018 | Q3 2017 | Q3 2016 |
|------|-----------|------|---|------|------|------|------|------|------|
| Jacksonville FL | Litigation | Partner | 26 | $240 | $295 | $376 | $314 | $310 | $330 |
| | | Associate | 17 | $183 | $200 | $258 | $223 | $254 | $251 |
| | Non-Litigation | Partner | 15 | $298 | $325 | $377 | $364 | $301 | $351 |
| Kansas City MO | Litigation | Partner | 109 | $341 | $417 | $474 | $405 | $411 | $401 |
| | | Associate | 93 | $245 | $272 | $300 | $268 | $255 | $257 |
| | Non-Litigation | Partner | 82 | $344 | $403 | $495 | $434 | $434 | $428 |
| | | Associate | 80 | $220 | $250 | $285 | $259 | $274 | $281 |
| Knoxville TN | Litigation | Partner | 13 | $195 | $230 | $300 | $246 | $251 | $250 |
| Lafayette LA | Litigation | Partner | 17 | $150 | $150 | $205 | $181 | $202 | $199 |
| Las Vegas NV | Litigation | Partner | 24 | $225 | $350 | $404 | $342 | $341 | $323 |
| | | Associate | 24 | $200 | $250 | $270 | $246 | $246 | $232 |
| | Non-Litigation | Partner | 33 | $410 | $490 | $594 | $499 | $465 | $417 |
| | | Associate | 26 | $263 | $290 | $320 | $292 | $265 | $269 |
| Lexington KY | Litigation | Partner | 15 | $295 | $300 | $305 | $299 | $291 | $296 |
| | Non-Litigation | Partner | 14 | $298 | $325 | $388 | $348 | $346 | $357 |
| Little Rock AR | Litigation | Partner | 20 | $218 | $233 | $273 | $267 | $275 | $253 |
| | Non-Litigation | Partner | 17 | $215 | $246 | $300 | $261 | $262 | $263 |
| Los Angeles CA | Litigation | Partner | 518 | $395 | $650 | $908 | $659 | $622 | $574 |
| | | Associate | 642 | $355 | $510 | $670 | $515 | $463 | $422 |
| | Non-Litigation | Partner | 641 | $501 | $729 | $995 | $772 | $751 | $724 |
| | | Associate | 901 | $410 | $581 | $775 | $595 | $580 | $546 |
| Louisville KY | Litigation | Partner | 34 | $275 | $327 | $413 | $335 | $350 | $349 |
| | | Associate | 24 | $210 | $225 | $225 | $214 | $203 | $192 |
| | Non-Litigation | Partner | 21 | $268 | $348 | $403 | $342 | $357 | $379 |
| | | Associate | 13 | $208 | $218 | $225 | $211 | $210 | $209 |
| Madison WI | Non-Litigation | Partner | 14 | $362 | $377 | $400 | $402 | $388 | $406 |
| | | Associate | 14 | $258 | $313 | $339 | $337 | $338 | $337 |
| Memphis TN | Litigation | Partner | 24 | $260 | $370 | $424 | $338 | $343 | $329 |
| | Non-Litigation | Partner | 27 | $298 | $375 | $403 | $354 | $349 | $328 |
| | | Associate | 15 | $185 | $210 | $235 | $214 | $217 | $215 |
| Miami FL | Litigation | Partner | 157 | $250 | $376 | $518 | $408 | $386 | $378 |
| | | Associate | 123 | $190 | $275 | $371 | $306 | $287 | $279 |
| | Non-Litigation | Partner | 133 | $376 | $515 | $666 | $541 | $524 | $509 |
| | | Associate | 89 | $272 | $323 | $445 | $367 | $334 | $312 |

# Section I: High-Level Data Cuts

## Cities
By Matter Type

**Q3 2018 -- Real Rates for Partners and Associates**

**Trend Analysis (Mean)**

| City | MatterType | Role | n | First Quartile | Median | Third Quartile | Q3 2018 | Q3 2017 | Q3 2016 |
|------|-----------|------|---|---------------|--------|----------------|---------|---------|---------|
| Milwaukee WI | Litigation | Partner | 62 | $250 | $325 | $389 | $344 | $355 | $337 |
| | | Associate | 40 | $185 | $238 | $289 | $252 | $263 | $251 |
| | Non-Litigation | Partner | 68 | $314 | $385 | $479 | $439 | $410 | $424 |
| | | Associate | 53 | $250 | $285 | $319 | $299 | $272 | $267 |
| Minneapolis MN | Litigation | Partner | 127 | $250 | $384 | $580 | $440 | $413 | $400 |
| | | Associate | 108 | $205 | $280 | $366 | $303 | $263 | $256 |
| | Non-Litigation | Partner | 131 | $355 | $459 | $574 | $472 | $473 | $445 |
| | | Associate | 120 | $285 | $337 | $481 | $410 | $362 | $346 |
| Nashville TN | Litigation | Partner | 42 | $293 | $396 | $439 | $371 | $382 | $368 |
| | | Associate | 38 | $210 | $218 | $288 | $244 | $238 | $231 |
| | Non-Litigation | Partner | 93 | $356 | $423 | $477 | $422 | $411 | $401 |
| | | Associate | 74 | $220 | $239 | $270 | $248 | $245 | $237 |
| New Haven CT | Non-Litigation | Partner | 18 | $315 | $381 | $451 | $388 | $398 | $411 |
| | | Associate | 19 | $244 | $285 | $328 | $288 | $273 | $267 |
| New Orleans LA | Litigation | Partner | 86 | $215 | $300 | $326 | $285 | $271 | $279 |
| | | Associate | 62 | $178 | $225 | $238 | $223 | $205 | $188 |
| | Non-Litigation | Partner | 44 | $275 | $328 | $450 | $361 | $330 | $323 |
| | | Associate | 27 | $190 | $203 | $225 | $214 | $220 | $209 |
| New York NY | Litigation | Partner | 1061 | $434 | $695 | $995 | $721 | $672 | $659 |
| | | Associate | 1243 | $305 | $460 | $652 | $487 | $457 | $445 |
| | Non-Litigation | Partner | 1892 | $725 | $1,043 | $1,295 | $1,002 | $962 | $930 |
| | | Associate | 2761 | $468 | $640 | $815 | $648 | $619 | $588 |
| Oklahoma City OK | Litigation | Partner | 20 | $200 | $235 | $316 | $261 | $258 | $263 |
| | | Associate | 14 | $166 | $176 | $203 | $186 | $183 | $180 |
| | Non-Litigation | Partner | 20 | $290 | $338 | $360 | $316 | $301 | $292 |
| Omaha NE | Non-Litigation | Partner | 27 | $280 | $365 | $395 | $344 | $335 | $316 |
| Orlando FL | Litigation | Partner | 48 | $315 | $425 | $453 | $396 | $400 | $376 |
| | | Associate | 58 | $220 | $252 | $282 | $252 | $249 | $239 |
| | Non-Litigation | Partner | 67 | $395 | $455 | $610 | $512 | $491 | $487 |
| | | Associate | 51 | $242 | $277 | $343 | $305 | $314 | $330 |
| Philadelphia PA | Litigation | Partner | 547 | $415 | $590 | $725 | $574 | $538 | $518 |
| | | Associate | 637 | $275 | $360 | $445 | $357 | $344 | $316 |
| | Non-Litigation | Partner | 514 | $500 | $640 | $809 | $661 | $652 | $636 |
| | | Associate | 499 | $300 | $370 | $460 | $395 | $389 | $376 |

**014**solutions.com

# Section I: High-Level Data Cuts

## Cities
By Matter Type

**Q3 2018 -- Real Rates for Partners and Associates**     **Trend Analysis (Mean)**

| City | MatterType | Role | n | First Quartile | Median | Third Quartile | Q3 2018 | Q3 2017 | Q3 2016 |
|------|-----------|------|---|---------------|--------|----------------|---------|---------|---------|
| Phoenix AZ | Litigation | Partner | 61 | $200 | $326 | $437 | $352 | $390 | $381 |
| | | Associate | 38 | $176 | $215 | $294 | $242 | $273 | $208 |
| | Non-Litigation | Partner | 95 | $310 | $365 | $450 | $371 | $376 | $391 |
| | | Associate | 52 | $215 | $254 | $302 | $261 | $261 | $258 |
| Pittsburgh PA | Litigation | Partner | 88 | $290 | $425 | $578 | $432 | $420 | $393 |
| | | Associate | 132 | $225 | $316 | $384 | $319 | $290 | $294 |
| | Non-Litigation | Partner | 136 | $370 | $475 | $599 | $494 | $499 | $497 |
| | | Associate | 148 | $274 | $325 | $395 | $335 | $329 | $314 |
| Portland ME | Litigation | Partner | 14 | $250 | $293 | $406 | $352 | $347 | $350 |
| | Non-Litigation | Partner | 40 | $240 | $360 | $452 | $375 | $360 | $327 |
| | | Associate | 14 | $196 | $222 | $277 | $241 | $237 | $219 |
| Portland OR | Litigation | Partner | 61 | $319 | $385 | $492 | $404 | $393 | $371 |
| | | Associate | 62 | $300 | $330 | $363 | $323 | $285 | $275 |
| | Non-Litigation | Partner | 95 | $365 | $415 | $534 | $448 | $431 | $401 |
| | | Associate | 117 | $306 | $349 | $393 | $346 | $306 | $275 |
| Providence RI | Litigation | Associate | 12 | $208 | $225 | $230 | $219 | $219 | $208 |
| | Non-Litigation | Partner | 17 | $185 | $425 | $638 | $446 | $487 | $429 |
| Raleigh NC | Litigation | Partner | 20 | $246 | $283 | $418 | $329 | $333 | $327 |
| | | Associate | 16 | $194 | $218 | $253 | $245 | $218 | $221 |
| | Non-Litigation | Partner | 51 | $320 | $418 | $460 | $404 | $411 | $379 |
| | | Associate | 24 | $250 | $281 | $309 | $292 | $265 | $253 |
| Richmond VA | Litigation | Partner | 54 | $255 | $375 | $552 | $435 | $393 | $383 |
| | | Associate | 59 | $200 | $295 | $395 | $311 | $304 | $299 |
| | Non-Litigation | Partner | 66 | $400 | $610 | $744 | $597 | $574 | $584 |
| | | Associate | 80 | $304 | $361 | $440 | $381 | $361 | $346 |
| Rochester NY | Litigation | Partner | 15 | $263 | $360 | $375 | $331 | $313 | $321 |
| | Non-Litigation | Partner | 16 | $240 | $265 | $347 | $291 | $311 | $358 |
| Sacramento CA | Litigation | Partner | 14 | $350 | $371 | $393 | $379 | $413 | $421 |
| | | Associate | 13 | $270 | $304 | $350 | $318 | $321 | $283 |
| | Non-Litigation | Partner | 22 | $350 | $394 | $767 | $531 | $487 | $467 |
| Salt Lake City UT | Litigation | Partner | 32 | $276 | $370 | $444 | $375 | $362 | $339 |
| | Non-Litigation | Partner | 42 | $285 | $333 | $400 | $382 | $362 | $338 |
| | | Associate | 16 | $199 | $207 | $230 | $216 | $212 | $210 |

# Section I: High-Level Data Cuts

## Cities
By Matter Type

**Q3 2018 -- Real Rates for Partners and Associates**

**Trend Analysis (Mean)**

| City | MatterType | Role | n | First Quartile | Median | Third Quartile | Q3 2018 | Q3 2017 | Q3 2016 |
|------|-----------|------|---|---------------|--------|----------------|---------|---------|---------|
| San Diego CA | Litigation | Partner | 78 | $206 | $370 | $795 | $486 | $445 | $442 |
| | | Associate | 79 | $170 | $195 | $303 | $280 | $295 | $256 |
| | Non-Litigation | Partner | 92 | $325 | $498 | $945 | $594 | $565 | $554 |
| | | Associate | 78 | $194 | $235 | $450 | $325 | $315 | $304 |
| San Francisco CA | Litigation | Partner | 202 | $378 | $650 | $838 | $643 | $597 | $565 |
| | | Associate | 203 | $274 | $405 | $550 | $430 | $406 | $377 |
| | Non-Litigation | Partner | 317 | $510 | $709 | $925 | $736 | $688 | $666 |
| | | Associate | 211 | $316 | $456 | $590 | $471 | $472 | $436 |
| San Jose CA | Litigation | Partner | 41 | $500 | $675 | $896 | $677 | $781 | $710 |
| | | Associate | 21 | $325 | $495 | $515 | $435 | $483 | $431 |
| | Non-Litigation | Partner | 97 | $549 | $758 | $954 | $776 | $775 | $742 |
| | | Associate | 82 | $300 | $490 | $626 | $510 | $492 | $472 |
| San Juan PR | Litigation | Partner | 23 | $190 | $205 | $225 | $210 | $212 | $207 |
| | | Associate | 19 | $136 | $153 | $161 | $148 | $151 | $145 |
| | Non-Litigation | Partner | 39 | $198 | $233 | $275 | $241 | $241 | $236 |
| | | Associate | 18 | $159 | $170 | $184 | $172 | $165 | $157 |
| Seattle WA | Litigation | Partner | 100 | $398 | $491 | $632 | $511 | $472 | $418 |
| | | Associate | 69 | $255 | $320 | $420 | $348 | $323 | $286 |
| | Non-Litigation | Partner | 237 | $435 | $543 | $670 | $544 | $486 | $458 |
| | | Associate | 139 | $300 | $380 | $458 | $385 | $330 | $314 |
| St. Louis MO | Litigation | Partner | 92 | $232 | $325 | $427 | $343 | $324 | $317 |
| | | Associate | 70 | $191 | $205 | $233 | $220 | $202 | $196 |
| | Non-Litigation | Partner | 87 | $324 | $390 | $465 | $388 | $393 | $398 |
| | | Associate | 49 | $196 | $238 | $269 | $242 | $227 | $229 |
| Syracuse NY | Non-Litigation | Partner | 22 | $245 | $270 | $338 | $292 | $311 | $302 |
| Tallahassee FL | Non-Litigation | Partner | 13 | $370 | $390 | $480 | $401 | $369 | $410 |
| Tampa FL | Litigation | Partner | 57 | $260 | $325 | $416 | $346 | $361 | $359 |
| | | Associate | 33 | $185 | $250 | $295 | $246 | $240 | $242 |
| | Non-Litigation | Partner | 66 | $310 | $400 | $498 | $421 | $417 | $405 |
| | | Associate | 30 | $240 | $280 | $320 | $286 | $288 | $276 |
| Trenton NJ | Litigation | Partner | 28 | $400 | $519 | $560 | $484 | $502 | $469 |
| | | Associate | 14 | $200 | $273 | $420 | $316 | $353 | $351 |
| | Non-Litigation | Partner | 20 | $460 | $519 | $595 | $519 | $524 | $514 |
| | | Associate | 16 | $330 | $379 | $490 | $406 | $407 | $373 |
| Tulsa OK | Litigation | Partner | 13 | $225 | $250 | $316 | $261 | $266 | $266 |
| Virginia Beach VA | Non-Litigation | Partner | 14 | $340 | $387 | $420 | $374 | $425 | $416 |

# Section I: High-Level Data Cuts

## Cities
By Matter Type

**Q3 2018 -- Real Rates for Partners and Associates** | **Trend Analysis (Mean)**

| City | MatterType | Role | n | First Quartile | Median | Third Quartile | Q3 2018 | Q3 2017 | Q3 2016 |
|------|-----------|------|---|----------------|--------|----------------|---------|---------|---------|
| Washington DC | Litigation | Partner | 767 | $649 | $785 | $926 | $794 | $769 | $729 |
| | | Associate | 627 | $420 | $510 | $630 | $530 | $510 | $483 |
| | Non-Litigation | Partner | 1386 | $621 | $792 | $945 | $804 | $770 | $763 |
| | | Associate | 1094 | $384 | $500 | $620 | $519 | $484 | $478 |
| Wheeling WV | Litigation | Partner | 16 | $602 | $764 | $895 | $762 | $718 | $710 |
| | | Associate | 34 | $490 | $505 | $598 | $529 | $476 | $424 |

**017** solutions.com

# Section I: High-Level Data Cuts

## Cities
By Years of Experience

**Q3 2018 -- Real Rates for Partners**

| City | Years of Experience | n | First Quartile | Median | Third Quartile | Trend Analysis (Mean) | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | Q3 2018 | Q3 2017 | Q3 2016 |
| Albuquerque NM | 21 or More Years | 12 | $223 | $293 | $315 | $286 | $297 | $261 |
| Atlanta GA | Fewer Then 21 Years | 133 | $370 | $525 | $620 | $512 | $476 | $473 |
| | 21 or More Years | 188 | $385 | $571 | $726 | $563 | $558 | $539 |
| Atlantic City NJ | 21 or More Years | 11 | $295 | $295 | $370 | $345 | $331 | $313 |
| Austin TX | Fewer Then 21 Years | 28 | $360 | $418 | $616 | $498 | $459 | $443 |
| | 21 or More Years | 52 | $414 | $545 | $700 | $554 | $476 | $480 |
| Baltimore MD | Fewer Then 21 Years | 46 | $432 | $515 | $644 | $544 | $531 | $467 |
| | 21 or More Years | 86 | $396 | $570 | $689 | $571 | $542 | $499 |
| Baton Rouge LA | 21 or More Years | 13 | $258 | $310 | $423 | $324 | $295 | $311 |
| Birmingham AL | Fewer Then 21 Years | 43 | $293 | $315 | $400 | $345 | $325 | $306 |
| | 21 or More Years | 45 | $315 | $381 | $465 | $392 | $376 | $357 |
| Boise City ID | 21 or More Years | 11 | $240 | $250 | $270 | $258 | $287 | $302 |
| Boston MA | Fewer Then 21 Years | 123 | $455 | $632 | $807 | $641 | $633 | $632 |
| | 21 or More Years | 234 | $375 | $650 | $840 | $640 | $642 | $648 |
| Bridgeport CT | 21 or More Years | 18 | $273 | $375 | $480 | $416 | $440 | $415 |
| Buffalo NY | Fewer Then 21 Years | 31 | $300 | $324 | $330 | $315 | $300 | $287 |
| | 21 or More Years | 31 | $293 | $330 | $350 | $326 | $318 | $311 |
| Charleston WV | 21 or More Years | 14 | $240 | $260 | $332 | $276 | $284 | $264 |
| Charlotte NC | Fewer Then 21 Years | 51 | $383 | $525 | $603 | $512 | $534 | $528 |
| | 21 or More Years | 47 | $496 | $580 | $847 | $644 | $624 | $607 |
| Chicago IL | Fewer Then 21 Years | 362 | $486 | $668 | $819 | $675 | $637 | $613 |
| | 21 or More Years | 560 | $584 | $746 | $944 | $758 | $717 | $709 |
| Cincinnati OH | Fewer Then 21 Years | 23 | $330 | $380 | $451 | $392 | $357 | $361 |
| | 21 or More Years | 32 | $430 | $475 | $516 | $479 | $454 | $450 |
| Cleveland OH | Fewer Then 21 Years | 114 | $330 | $385 | $500 | $441 | $413 | $386 |
| | 21 or More Years | 159 | $420 | $495 | $679 | $537 | $512 | $484 |
| Columbia SC | 21 or More Years | 23 | $325 | $400 | $490 | $414 | $369 | $370 |
| Columbus OH | Fewer Then 21 Years | 20 | $336 | $410 | $564 | $442 | $417 | $420 |
| | 21 or More Years | 47 | $375 | $446 | $505 | $450 | $416 | $396 |
| Dallas TX | Fewer Then 21 Years | 68 | $350 | $518 | $663 | $560 | $569 | $542 |
| | 21 or More Years | 120 | $395 | $597 | $847 | $650 | $630 | $608 |
| Dayton OH | 21 or More Years | 13 | $425 | $465 | $519 | $498 | $475 | $440 |
| Denver CO | Fewer Then 21 Years | 50 | $360 | $410 | $489 | $435 | $434 | $405 |
| | 21 or More Years | 70 | $350 | $495 | $577 | $484 | $472 | $448 |

018 solutions.com

# Section I: High-Level Data Cuts

## Cities
By Years of Experience

**Q3 2018 -- Real Rates for Partners**

**Trend Analysis (Mean)**

| City | Years of Experience | n | First Quartile | Median | Third Quartile | Q3 2018 | Q3 2017 | Q3 2016 |
|---|---|---|---|---|---|---|---|---|
| Des Moines IA | Fewer Then 21 Years | 11 | $275 | $275 | $478 | $356 | $312 | $366 |
| Detroit MI | Fewer Then 21 Years | 38 | $312 | $350 | $400 | $363 | $354 | $325 |
| | 21 or More Years | 70 | $210 | $347 | $423 | $345 | $375 | $351 |
| Greenville SC | 21 or More Years | 24 | $348 | $425 | $453 | $405 | $413 | $405 |
| Harrisburg PA | 21 or More Years | 11 | $301 | $370 | $471 | $379 | $338 | $358 |
| Hartford CT | Fewer Then 21 Years | 14 | $315 | $387 | $420 | $372 | $361 | $344 |
| | 21 or More Years | 66 | $364 | $480 | $594 | $499 | $455 | $440 |
| Honolulu HI | 21 or More Years | 25 | $250 | $300 | $425 | $346 | $343 | $342 |
| Houston TX | Fewer Then 21 Years | 66 | $543 | $675 | $838 | $681 | $616 | $569 |
| | 21 or More Years | 96 | $412 | $655 | $860 | $673 | $636 | $636 |
| Indianapolis IN | Fewer Then 21 Years | 44 | $275 | $360 | $427 | $352 | $341 | $341 |
| | 21 or More Years | 68 | $360 | $465 | $545 | $440 | $420 | $408 |
| Jackson MS | Fewer Then 21 Years | 24 | $255 | $340 | $368 | $314 | $286 | $272 |
| | 21 or More Years | 24 | $296 | $358 | $454 | $383 | $352 | $345 |
| Jacksonville FL | Fewer Then 21 Years | 11 | $240 | $280 | $335 | $286 | $299 | $326 |
| | 21 or More Years | 16 | $300 | $350 | $450 | $389 | $344 | $366 |
| Kansas City MO | Fewer Then 21 Years | 53 | $314 | $353 | $422 | $362 | $358 | $339 |
| | 21 or More Years | 71 | $390 | $460 | $525 | $450 | $447 | $434 |
| Las Vegas NV | Fewer Then 21 Years | 22 | $375 | $407 | $486 | $434 | $371 | $327 |
| | 21 or More Years | 18 | $225 | $450 | $665 | $449 | $428 | $391 |
| Little Rock AR | 21 or More Years | 19 | $222 | $245 | $308 | $283 | $287 | $268 |
| Los Angeles CA | Fewer Then 21 Years | 232 | $474 | $665 | $920 | $690 | $633 | $593 |
| | 21 or More Years | 449 | $459 | $688 | $960 | $717 | $694 | $671 |
| Louisville KY | Fewer Then 21 Years | 17 | $281 | $309 | $350 | $307 | $307 | $307 |
| | 21 or More Years | 27 | $250 | $395 | $435 | $352 | $352 | $369 |
| Memphis TN | Fewer Then 21 Years | 11 | $273 | $290 | $375 | $307 | $302 | $279 |
| | 21 or More Years | 27 | $345 | $398 | $425 | $375 | $376 | $353 |
| Miami FL | Fewer Then 21 Years | 62 | $299 | $390 | $545 | $425 | $369 | $366 |
| | 21 or More Years | 133 | $350 | $463 | $631 | $491 | $465 | $449 |
| Milwaukee WI | Fewer Then 21 Years | 34 | $273 | $343 | $393 | $372 | $351 | $351 |
| | 21 or More Years | 59 | $301 | $380 | $509 | $428 | $407 | $423 |
| Minneapolis MN | Fewer Then 21 Years | 65 | $338 | $415 | $550 | $431 | $421 | $391 |
| | 21 or More Years | 93 | $350 | $484 | $678 | $507 | $477 | $457 |
| Nashville TN | Fewer Then 21 Years | 38 | $302 | $342 | $422 | $359 | $372 | $354 |
| | 21 or More Years | 52 | $396 | $435 | $491 | $434 | $417 | $404 |

019

# Section I: High-Level Data Cuts

## Cities
By Years of Experience

**Q3 2018 -- Real Rates for Partners**

| City | Years of Experience | n | First Quartile | Median | Third Quartile | Trend Analysis (Mean) | | |
|------|--------------------|----|---------------|--------|----------------|-----------|---------|---------|
| | | | | | | Q3 2018 | Q3 2017 | Q3 2016 |
| New Haven CT | 21 or More Years | 11 | $360 | $378 | $390 | $384 | $388 | $413 |
| New Orleans LA | Fewer Then 21 Years | 24 | $225 | $305 | $320 | $294 | $258 | $244 |
| | 21 or More Years | 55 | $215 | $305 | $390 | $322 | $301 | $301 |
| New York NY | Fewer Then 21 Years | 642 | $642 | $924 | $1,195 | $909 | $853 | $821 |
| | 21 or More Years | 1337 | $625 | $955 | $1,269 | $938 | $888 | $860 |
| Oklahoma City OK | 21 or More Years | 26 | $220 | $316 | $358 | $304 | $300 | $298 |
| Omaha NE | Fewer Then 21 Years | 12 | $279 | $320 | $375 | $314 | $296 | $281 |
| | 21 or More Years | 15 | $326 | $391 | $395 | $365 | $348 | $332 |
| Orlando FL | Fewer Then 21 Years | 38 | $341 | $393 | $542 | $425 | $420 | $360 |
| | 21 or More Years | 47 | $414 | $450 | $511 | $471 | $445 | $436 |
| Philadelphia PA | Fewer Then 21 Years | 232 | $434 | $550 | $661 | $552 | $526 | $509 |
| | 21 or More Years | 403 | $475 | $634 | $775 | $632 | $599 | $578 |
| Phoenix AZ | Fewer Then 21 Years | 31 | $269 | $335 | $418 | $347 | $344 | $351 |
| | 21 or More Years | 65 | $325 | $400 | $489 | $410 | $416 | $403 |
| Pittsburgh PA | Fewer Then 21 Years | 49 | $300 | $380 | $538 | $416 | $421 | $400 |
| | 21 or More Years | 94 | $375 | $490 | $585 | $486 | $463 | $448 |
| Portland ME | 21 or More Years | 31 | $205 | $402 | $448 | $345 | $353 | $345 |
| Portland OR | Fewer Then 21 Years | 42 | $350 | $405 | $500 | $426 | $390 | $359 |
| | 21 or More Years | 67 | $374 | $438 | $531 | $452 | $446 | $421 |
| Providence RI | 21 or More Years | 12 | $185 | $400 | $582 | $421 | $381 | $399 |
| Raleigh NC | Fewer Then 21 Years | 26 | $275 | $320 | $400 | $345 | $364 | $346 |
| | 21 or More Years | 30 | $384 | $428 | $483 | $429 | $413 | $378 |
| Richmond VA | Fewer Then 21 Years | 38 | $305 | $548 | $711 | $529 | $426 | $469 |
| | 21 or More Years | 49 | $388 | $585 | $714 | $560 | $531 | $520 |
| Rochester NY | 21 or More Years | 16 | $250 | $295 | $360 | $311 | $316 | $332 |
| Sacramento CA | 21 or More Years | 19 | $365 | $394 | $478 | $488 | $461 | $441 |
| Salt Lake City UT | Fewer Then 21 Years | 26 | $280 | $305 | $431 | $385 | $338 | $279 |
| | 21 or More Years | 36 | $310 | $385 | $438 | $390 | $389 | $375 |
| San Diego CA | Fewer Then 21 Years | 45 | $359 | $375 | $795 | $506 | $447 | $473 |
| | 21 or More Years | 66 | $315 | $467 | $980 | $624 | $592 | $546 |
| San Francisco CA | Fewer Then 21 Years | 126 | $496 | $700 | $881 | $719 | $644 | $595 |
| | 21 or More Years | 213 | $510 | $700 | $902 | $711 | $662 | $656 |
| San Jose CA | Fewer Then 21 Years | 35 | $608 | $787 | $908 | $771 | $734 | $720 |
| | 21 or More Years | 68 | $600 | $802 | $985 | $813 | $857 | $799 |
| Seattle WA | Fewer Then 21 Years | 70 | $400 | $461 | $550 | $478 | $423 | $392 |
| | 21 or More Years | 167 | $475 | $568 | $680 | $574 | $520 | $474 |

o20solutions.com

# Section I: High-Level Data Cuts

## Cities
By Years of Experience

| **Q3 2018 -- Real Rates for Partners** | | | | | | **Trend Analysis (Mean)** | | |
| City | Years of Experience | n | First Quartile | Median | Third Quartile | Q3 2018 | Q3 2017 | Q3 2016 |
|---|---|---|---|---|---|---|---|---|
| St. Louis MO | Fewer Then 21 Years | 54 | $250 | $332 | $414 | $332 | $323 | $318 |
| | 21 or More Years | 80 | $288 | $424 | $513 | $403 | $385 | $388 |
| Syracuse NY | 21 or More Years | 19 | $239 | $250 | $349 | $286 | $292 | $301 |
| Tampa FL | Fewer Then 21 Years | 26 | $275 | $365 | $400 | $348 | $354 | $326 |
| | 21 or More Years | 58 | $310 | $410 | $506 | $420 | $415 | $404 |
| Trenton NJ | Fewer Then 21 Years | 14 | $403 | $460 | $561 | $467 | $510 | $483 |
| | 21 or More Years | 23 | $480 | $525 | $583 | $519 | $512 | $506 |
| Washington DC | Fewer Then 21 Years | 521 | $613 | $756 | $870 | $750 | $716 | $683 |
| | 21 or More Years | 955 | $630 | $810 | $960 | $819 | $791 | $774 |
| Wheeling WV | Fewer Then 21 Years | 13 | $622 | $755 | $915 | $729 | $747 | $726 |
| | 21 or More Years | 12 | $648 | $761 | $867 | $768 | $708 | $712 |

021solutions.com

# Section I: High-Level Data Cuts

## Cities
By Years of Experience

**Q3 2018 -- Real Rates for Associates**

**Trend Analysis (Mean)**

| City | Years of Experience | n | First Quartile | Median | Third Quartile | Q3 2018 | Q3 2017 | Q3 2016 |
|------|---------------------|---|----------------|--------|----------------|---------|---------|---------|
| Albany NY | 7 or More Years | 11 | $215 | $226 | $235 | $233 | $235 | $248 |
| Atlanta GA | Fewer Than 3 Years | 12 | $263 | $328 | $338 | $293 | $273 | $184 |
| | 3 to Fewer Than 7 Years | 67 | $282 | $378 | $473 | $384 | $354 | $317 |
| | 7 or More Years | 95 | $225 | $388 | $543 | $396 | $351 | $361 |
| Austin TX | 3 to Fewer Than 7 Years | 13 | $270 | $350 | $487 | $385 | $370 | $303 |
| | 7 or More Years | 20 | $262 | $351 | $441 | $375 | $346 | $354 |
| Baltimore MD | Fewer Than 3 Years | 22 | $390 | $400 | $445 | $410 | $375 | $406 |
| | 3 to Fewer Than 7 Years | 49 | $332 | $445 | $539 | $433 | $423 | $350 |
| | 7 or More Years | 57 | $275 | $350 | $524 | $404 | $378 | $336 |
| Birmingham AL | 3 to Fewer Than 7 Years | 15 | $215 | $225 | $300 | $257 | $229 | $211 |
| | 7 or More Years | 25 | $223 | $253 | $296 | $260 | $248 | $229 |
| Boston MA | Fewer Than 3 Years | 23 | $325 | $372 | $446 | $391 | $340 | $411 |
| | 3 to Fewer Than 7 Years | 78 | $325 | $429 | $640 | $470 | $457 | $445 |
| | 7 or More Years | 85 | $305 | $450 | $721 | $511 | $496 | $508 |
| Buffalo NY | 3 to Fewer Than 7 Years | 13 | $188 | $235 | $255 | $232 | $228 | $222 |
| Charlotte NC | 3 to Fewer Than 7 Years | 23 | $230 | $309 | $358 | $341 | $332 | $298 |
| | 7 or More Years | 32 | $287 | $344 | $478 | $384 | $414 | $381 |
| Chicago IL | Fewer Than 3 Years | 57 | $340 | $380 | $443 | $387 | $372 | $430 |
| | 3 to Fewer Than 7 Years | 185 | $375 | $476 | $593 | $494 | $452 | $427 |
| | 7 or More Years | 229 | $315 | $500 | $650 | $502 | $480 | $471 |
| Cincinnati OH | 3 to Fewer Than 7 Years | 21 | $225 | $242 | $271 | $248 | $241 | $214 |
| | 7 or More Years | 16 | $255 | $310 | $315 | $296 | $291 | $275 |
| Cleveland OH | Fewer Than 3 Years | 21 | $235 | $276 | $300 | $274 | $254 | $233 |
| | 3 to Fewer Than 7 Years | 59 | $235 | $298 | $379 | $320 | $284 | $263 |
| | 7 or More Years | 73 | $247 | $295 | $348 | $316 | $297 | $287 |
| Columbus OH | 3 to Fewer Than 7 Years | 12 | $225 | $240 | $280 | $277 | $239 | $227 |
| | 7 or More Years | 16 | $265 | $350 | $441 | $361 | $321 | $288 |
| Dallas TX | Fewer Than 3 Years | 18 | $263 | $383 | $441 | $360 | $291 | $300 |
| | 3 to Fewer Than 7 Years | 50 | $305 | $410 | $586 | $454 | $431 | $425 |
| | 7 or More Years | 59 | $392 | $575 | $720 | $557 | $492 | $455 |
| Denver CO | 3 to Fewer Than 7 Years | 15 | $251 | $275 | $335 | $294 | $301 | $291 |
| | 7 or More Years | 47 | $266 | $312 | $370 | $346 | $305 | $321 |
| Detroit MI | 3 to Fewer Than 7 Years | 14 | $223 | $268 | $285 | $255 | $234 | $243 |
| | 7 or More Years | 29 | $196 | $250 | $347 | $302 | $282 | $260 |
| Greenville SC | 7 or More Years | 11 | $258 | $300 | $356 | $303 | $291 | $253 |
| Hartford CT | 7 or More Years | 22 | $230 | $262 | $300 | $266 | $283 | $259 |

022
solutions.com

# Section I: High-Level Data Cuts

## Cities

By Years of Experience

**Q3 2018 -- Real Rates for Associates**

| City | Years of Experience | n | First Quartile | Median | Third Quartile | Q3 2018 | Q3 2017 | Q3 2016 |
|------|--------------------|---|----------------|--------|----------------|---------|---------|---------|
| Houston TX | 3 to Fewer Than 7 Years | 32 | $260 | $356 | $445 | $371 | $313 | $312 |
| | 7 or More Years | 47 | $285 | $405 | $615 | $474 | $434 | $441 |
| Indianapolis IN | 3 to Fewer Than 7 Years | 14 | $150 | $165 | $247 | $214 | $221 | $198 |
| | 7 or More Years | 20 | $235 | $335 | $395 | $316 | $272 | $258 |
| Jackson MS | 3 to Fewer Than 7 Years | 12 | $186 | $225 | $248 | $215 | $163 | $178 |
| | 7 or More Years | 20 | $158 | $235 | $251 | $192 | $158 | $196 |
| Kansas City MO | 3 to Fewer Than 7 Years | 19 | $200 | $220 | $253 | $231 | $243 | $237 |
| | 7 or More Years | 26 | $255 | $270 | $289 | $271 | $280 | $294 |
| Las Vegas NV | 7 or More Years | 13 | $250 | $270 | $290 | $266 | $270 | $268 |
| Los Angeles CA | Fewer Than 3 Years | 56 | $357 | $450 | $547 | $447 | $414 | $490 |
| | 3 to Fewer Than 7 Years | 137 | $395 | $573 | $695 | $561 | $514 | $446 |
| | 7 or More Years | 239 | $350 | $524 | $751 | $550 | $536 | $510 |
| Louisville KY | 7 or More Years | 13 | $191 | $225 | $225 | $211 | $211 | $200 |
| Miami FL | 3 to Fewer Than 7 Years | 21 | $264 | $334 | $386 | $321 | $294 | $261 |
| | 7 or More Years | 38 | $240 | $320 | $405 | $332 | $299 | $289 |
| Milwaukee WI | 3 to Fewer Than 7 Years | 17 | $255 | $287 | $292 | $277 | $263 | $240 |
| | 7 or More Years | 21 | $246 | $292 | $330 | $304 | $298 | $285 |
| Minneapolis MN | 3 to Fewer Than 7 Years | 28 | $291 | $335 | $380 | $340 | $283 | $279 |
| | 7 or More Years | 34 | $260 | $320 | $375 | $337 | $331 | $315 |
| Nashville TN | 3 to Fewer Than 7 Years | 12 | $215 | $234 | $248 | $224 | $219 | $209 |
| | 7 or More Years | 20 | $221 | $270 | $293 | $263 | $264 | $261 |
| New Orleans LA | 7 or More Years | 28 | $175 | $216 | $238 | $217 | $201 | $194 |
| New York NY | Fewer Than 3 Years | 155 | $390 | $475 | $588 | $500 | $434 | $370 |
| | 3 to Fewer Than 7 Years | 387 | $430 | $689 | $815 | $652 | $592 | $539 |
| | 7 or More Years | 669 | $445 | $710 | $880 | $678 | $657 | $615 |
| Orlando FL | 3 to Fewer Than 7 Years | 13 | $246 | $270 | $280 | $278 | $278 | $253 |
| | 7 or More Years | 25 | $260 | $295 | $322 | $284 | $274 | $261 |
| Philadelphia PA | Fewer Than 3 Years | 86 | $280 | $319 | $360 | $334 | $326 | $308 |
| | 3 to Fewer Than 7 Years | 169 | $300 | $360 | $415 | $370 | $344 | $336 |
| | 7 or More Years | 228 | $300 | $404 | $475 | $398 | $385 | $359 |
| Phoenix AZ | 3 to Fewer Than 7 Years | 17 | $203 | $243 | $294 | $252 | $245 | $165 |
| | 7 or More Years | 13 | $204 | $270 | $306 | $275 | $322 | $269 |
| Pittsburgh PA | Fewer Than 3 Years | 17 | $298 | $325 | $365 | $316 | $297 | $340 |
| | 3 to Fewer Than 7 Years | 44 | $243 | $316 | $380 | $323 | $295 | $275 |
| | 7 or More Years | 52 | $245 | $346 | $425 | $349 | $317 | $330 |

**Trend Analysis (Mean)**

023

solutions.com

# Section I: High-Level Data Cuts

## Cities
By Years of Experience

**Q3 2018 -- Real Rates for Associates**

| City | Years of Experience | n | First Quartile | Median | Third Quartile | Q3 2018 | Q3 2017 | Q3 2016 |
|------|---------------------|---|----------------|--------|----------------|---------|---------|---------|
| Portland OR | Fewer Than 3 Years | 19 | $229 | $290 | $310 | $285 | $275 | $232 |
| | 3 to Fewer Than 7 Years | 50 | $320 | $346 | $378 | $347 | $290 | $250 |
| | 7 or More Years | 48 | $329 | $383 | $426 | $374 | $327 | $307 |
| Raleigh NC | 7 or More Years | 13 | $245 | $285 | $323 | $288 | $290 | $264 |
| Richmond VA | 7 or More Years | 25 | $211 | $336 | $430 | $345 | $322 | $330 |
| San Diego CA | 3 to Fewer Than 7 Years | 17 | $278 | $312 | $499 | $371 | $304 | $276 |
| | 7 or More Years | 36 | $278 | $447 | $614 | $450 | $440 | $324 |
| San Francisco CA | Fewer Than 3 Years | 19 | $319 | $430 | $451 | $406 | $355 | |
| | 3 to Fewer Than 7 Years | 57 | $320 | $450 | $537 | $443 | $415 | $375 |
| | 7 or More Years | 100 | $359 | $477 | $641 | $511 | $476 | $445 |
| San Jose CA | 3 to Fewer Than 7 Years | 11 | $319 | $448 | $579 | $458 | $446 | $408 |
| | 7 or More Years | 36 | $420 | $500 | $684 | $560 | $546 | $541 |
| Seattle WA | 3 to Fewer Than 7 Years | 34 | $279 | $333 | $377 | $340 | $290 | $275 |
| | 7 or More Years | 52 | $310 | $404 | $460 | $411 | $344 | $335 |
| St. Louis MO | 3 to Fewer Than 7 Years | 13 | $225 | $252 | $280 | $251 | $225 | $221 |
| | 7 or More Years | 34 | $194 | $205 | $250 | $233 | $222 | $233 |
| Tampa FL | 3 to Fewer Than 7 Years | 12 | $238 | $280 | $296 | $270 | $211 | $239 |
| | 7 or More Years | 17 | $185 | $263 | $324 | $261 | $271 | $250 |
| Trenton NJ | 7 or More Years | 14 | $261 | $393 | $494 | $387 | $409 | $380 |
| Washington DC | Fewer Than 3 Years | 114 | $320 | $435 | $500 | $425 | $391 | $352 |
| | 3 to Fewer Than 7 Years | 270 | $410 | $508 | $601 | $505 | $461 | $422 |
| | 7 or More Years | 318 | $450 | $600 | $740 | $613 | $583 | $553 |
| Wheeling WV | 7 or More Years | 16 | $425 | $515 | $721 | $533 | $470 | $444 |

*Trend Analysis (Mean)* applies to the Q3 2018, Q3 2017, and Q3 2016 columns.